FILED
September 30, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LAHELA K. KUPIHEA, ) <br> ) <br> Defendant. ) | Case No. 2:18-PO-00042-CKD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LAHELA K. KUPIHEA</u>, Case No. <u>2:18-PO-00042-CKD</u>, Charge <u>Failure to Appear</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

    ✔    (Other)    <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>September 30, 2019</u> at <u>2:45</u> pm..

By  /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge